```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
IN RE:  BALLY TOTAL FITNESS OF        :
GREATER NEW YORK, INC., et al.,       :   09 Civ. 4250 (JSR)
                                      :
        Debtors.                      :   ORDER
                                      :
------------------------------------- x
                                      :
CARRERA PLAINTIFFS,                   :
                                      :
        Plaintiffs-Appellants,        :
                                      :
             -v-                      :
                                      :
BALLY TOTAL FITNESS OF GREATER NEW    :
YORK, et al.,                         :
                                      :
        Defendants-Appellees.         :
------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-25-09

JED S. RAKOFF, U.S.D.J.

    The parties in the above-captioned bankruptcy appeal appear to have set a briefing schedule without convening a joint telephone conference with this Court pursuant to this Court's individual rules. Nevertheless, in light of the parties' apparent agreement as to the briefing schedule, the Court hereby directs the parties to appear for oral argument on Tuesday, August 11, 2009, at 4:00 p.m., in the United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 14B.

    SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       June 18, 2009

1